UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CUTERA, INC., <br><br> Plaintiff, <br><br> v. <br><br> THE OZONED STUDIO MED SPA, LLC, et al., <br><br> Defendants. | Case No. 22-cv-04054-VC <br><br> **ORDER TO SHOW CAUSE** |

Defense counsel is ordered to show cause why he should not be sanctioned for failure to appear at today's case management conference.

Defense counsel and the defendants are also ordered to show cause why they should not be sanctioned for failing to file an answer.

Written responses to this order to show cause are due within 7 days of this order.

**IT IS SO ORDERED.**

Dated: January 11, 2023

VINCE CHHABRIA
United States District Judge