UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CUTERA, INC., <br><br> Plaintiff, <br><br> v. <br><br> THE OZONED STUDIO MED SPA, LLC, et al., <br><br> Defendants. | Case No. 22-cv-04054-VC <br><br> **ORDER TO SHOW CAUSE** |

The defendants and their counsel are ordered to show cause why they should not be sanctioned for failure to file an answer within the deadline. *See* Dkt. No. 43. A written response is due Monday, January 30.

**IT IS SO ORDERED.**

Dated: January 27, 2023

_____
VINCE CHHABRIA
United States District Judge